UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CRISANTO MONTANO CARRERA, | No. 1:26-cv-05089-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| WARDEN, MESA VERDE DETENTIN FACILITY, | |
| Respondents. | |

On July 2, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) seeking release from the custody of United States Immigration and Customs Enforcement.  However, based on the information provided by Petitioner, an immigration judge ordered Petitioner removed on May 28, 2026.  (ECF No. 1 at 17.) The time to appeal has passed and thus Petitioner is subject to mandatory detention under 8 U.S.C. § 1231(a).  Accordingly, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED AS MOOT without prejudice to refiling if the 90-day removal period provided by 8 U.S.C. § 1231(a)(1) lapses without the Government effectuating Petitioner's removal.

////

1

The Clerk of the Court is directed to close this case.  This order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE